**Order filed April 26, 2022.**



In The

# Fourteenth Court of Appeals

## NO. 14-22-00038-CR

## IN RE JOVANY JAMPHER PAREDES, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**337th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1241896**

## ORDER

On January 24, 2022, relator Jovany Jampher Paredes filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Colleen Gaido, presiding judge of the 337th District Court of Harris County, to rule on two pending motions: (1) "Motion for Forensic DNA Testing Under Chapter 64 of the Code of Criminal Procedure"; and (2) "Motion to Appoint Counsil [sic] under Ch. 64.01 of the C.C.P."

Relator's petition does not comply with the Texas Rules of Appellate Procedure. *See* Tex. R. App. P. 52.3(j), (k); 52.7(a). Relator has not certified that he "has reviewed the petition and concluded that every factual statement in the petition is supported by competent evidence included in the appendix or record." *See* Tex. R. App. P. 52.3(j). Additionally, relator did not file an appendix that contains "certified or sworn copies of any . . . document showing the matter complained of." Further, relator did not include with his petition a "certified or sworn copy of every document that is material to the relator's claim for relief and that was filed in any underlying proceeding" and "a properly authenticated transcript of any relevant testimony from any underlying proceeding, including any exhibits offered in evidence, or a statement that no testimony was adduced in connection with the matter complained." An unsworn declaration is an alternate method that relator may use for certification. *See* Tex. Civ. Prac. & Rem. Code Ann. § 132.001.

By this order, the Court gives relator notice that his petition for writ of mandamus will be dismissed unless relator supplements and/or amends his petition to addresses the issues identified above on or before May 26, 2022.

PER CURIAM

Panel consists of Justices Wise, Spain, and Hassan.